COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by WALTER BROWN, Respondent, v. M. P. SMITH & SONS COMPANY, Employer, and MANUFACTURERS' LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of Mrs. MAJA NORMAN, Respondent, for Compensation under the Workmen's Compensation Law for the Death of LOUIS NORMAN, v. MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants, and GENERAL CONTRACTING AND ENGINEERING COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, Insurance Carrier.— Award unanimously affirmed.

THE MECHANICVILLE AND FORT EDWARD RAILROAD COMPANY, Appellant, v. THE FITCHBURGH RAILROAD COMPANY, BOSTON & MAINE RAILROAD, Lessee, and JAMES H. HUSTIS, as Receiver of the Boston & Maine Railroad, Respondents.— Judgment unanimously affirmed, with costs.

In the Matter of the Final Judicial Settlement of the Accounts of CHARLES M. BRADT, as Administrator, etc., of DILLON BRADT, Deceased, Respondent, v. HENRY WERT and Others, Appellants.— Decree unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, v. SAMUEL BAYLESS and Others, as Assessors of the Town of Kirkwood, in the County of Broome and State of New York, Respondents. (1901, 1902, 1903, 1904.) — Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF BEDFORD and Others, Relators, v. THE STATE TAX COMMISSION OF THE STATE OF NEW YORK and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GARRISON, Appellant.— Order and judgment unanimously affirmed.

JAMES K. PHILLIPS, Respondent, v. JULIA O. HYDE, as Administratrix with the Will Annexed of JUDSON L. HYDE, Deceased, Appellant.— Judgment unanimously affirmed, with costs. John M. Kellogg, P. J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK IRWIN, Respondent, v. WILLIAM J. HOMER, Agent and Warden of Great Meadow Prison, Appellant.— Order unanimously affirmed on the opinion of Whitmyer, J., at Special Term [Reported in 107 Misc. Rep. 677], and on the authority of *People ex rel. Kohler* v. *Kidney* (223 N. Y. 666).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT H. SMITH, Appellant.— Judgment and order unanimously affirmed, with costs.

WOODRIDGE FARMERS' CO-OPERATIVE CREAMERY CO., INC., Respondent, v. EMANUEL D. OFFEN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.